```
 1  JOSEPH SCHLESINGER, #87692
    Federal Defender
 2  DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  TRAVIS GREY

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No.2:10-CR-0338 JAM
                                  )
12            Plaintiff,          )  STIPULATION AND ORDER
                                  )  TO CONTINUE PRELIMINARY EXAMINATION
13       v.                       )
                                  )
14  TRAVIS GREY,                  )  Date:  February 15, 2013
                                  )  Time:  2:00 p.m.
15            Defendant.          )  Judge: Hon. Kendall J. Newman
                                  )
16  _____)
```

17       It is hereby stipulated between the parties, DAVID PETERSEN,

18  Assistant United States Attorney, attorney for plaintiff, and DOUGLAS

19  BEEVERS, Assistant Federal Defender, attorney for defendant TRAVIS GREY,

20  that the Preliminary Hearing date of February 11, 2013 be vacated and a

21  new Preliminary Hearing date of February 15, 2013 at 2:00 p.m. be set.,

22  pursuant to Federal Rule of Criminal Procedure 5.1 (d).

23       Good cause exists to extend the time for the preliminary hearing

24  within meaning of Rule 5.1 (d) because defense counsel needs additional

25  time to investigate the facts of the case.

26       IT IS STIPULATED that the period from the signing of this Order, up

27  to and including February 15, 2013 be excluded in computing the time

28  within which trial must commence under the Speedy Trial Act. The parties

stipulate and agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: February 8, 2013

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TRAVIS GREY

Dated: February 8, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lee Bickley*

LEE BICKLEY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**IT IS HEREBY ORDERED** that the Court finds good cause to extend the Preliminary Hearing from February 11, 2013 to February 15, 2013 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1 (d). Based upon the representations and stipulations of the parties, the court finds that time be excluded under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel) and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv). Accordingly, time under the Speedy

Stipulation/Order -2-

1  Trial Act shall be excluded from the date of the parties stipulation,
2  February 8, 2013, up to and including February 15, 2013.
3  **IT IS SO ORDERED.**
4
5  Dated:  February 11, 2013
6
7
8
9  _____
10  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

Stipulation/Order                -3-