JOSEPH SCHLESINGER, #87692
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS GREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.2:10-CR-0338 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING |
| v. | |
| TRAVIS GREY, | Date:   April 9, 2013 Time:   9:45 a.m. |
| Defendant. | Judge:  Hon. John A. Mendez |

The parties request that the revocation hearing in this case be continued from March 12, 2013, to April 9, 2013 at 9:45 a.m. They stipulate that the time between March 12, 2013 and April 9, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

1   trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

2   Dated:  March 11, 2013             Respectfully submitted,

3                                DANIEL BRODERICK
                               Federal Defender

4

5                                /s/ Douglas Beevers
                               DOUGLAS BEEVERS

6                                Assistant Federal Defender
                               Attorney for Defendant

7                                TRAVIS GREY

8

9   Dated: March 11, 2013            BENJAMIN B. WAGNER
                               United States Attorney

10

11                                /s/ Lee Bickley
                               LEE BICKLEY

12                                Assistant United States Attorney
                               Attorney for Plaintiff

13

14                         **ORDER**

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

16   ordered that the revocation hearing presently set for March 12, 2013, be

17   continued to April 9, 2013, at 9:45 a.m. Based on the representation of

18   counsel and good cause appearing therefrom, the Court hereby finds that

19   the ends of justice to be served by granting a continuance outweigh the

20   best interests of the public and the defendant in a speedy trial. It is

21   ordered that time from the date of this Order, to and including, the April

22   9, 2013, revocation hearing shall be excluded from computation of time

23   within which the trial of this matter must be commenced under the Speedy

24   Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

25      **IT IS SO ORDERED.**

26   Dated: March 11, 2013           /s/ John A. Mendez
                               Hon. John A. Mendez

27                              United States District Court Judge

28