1  JOSEPH SCHLESINGER, #87692
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TRAVIS GREY

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No.2:10-CR-338 JAM
                                     )
12              Plaintiff,           )  STIPULATION AND ORDER
                                     )  TO CONTINUE REVOCATION HEARING
13       v.                          )
                                     )
14  TRAVIS GREY,                     )  Date:  May 7, 2013
                                     )  Time:  9:45 a.m.
15              Defendant.           )  Judge: Hon. John A. Mendez
                                     )
16  _____ )

17       The parties request that the revocation hearing in this case be

18  continued from April 9, 2013, to May 7, 2013 at 9:45 a.m.  They stipulate

19  that the time between April 9, 2013 and May 7, 2013 should be excluded

20  from the calculation of time under the Speedy Trial Act.  The parties

21  stipulate that the ends of justice are served by the Court excluding such

22  time, so that counsel for the defendant may have reasonable time

23  necessary for effective preparation, taking into account the exercise of

24  due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

25  Specifically, defense counsel needs additional time to review and

26  investigate the facts of the case. The parties stipulate and agree that

27  the interests of justice served by granting this continuance outweigh the

28  best interests of the public and the defendant in a speedy trial. 18

1  U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

2  Dated:  April 4, 2013                    Respectfully submitted,

3                                           DANIEL BRODERICK
                                            Federal Defender
4

5                                           /s/ Douglas Beevers
                                            DOUGLAS BEEVERS
6                                           Assistant Federal Defender
                                            Attorney for Defendant
7                                           TRAVIS GREY

8
   Dated: April 4, 2013                     BENJAMIN B. WAGNER
9                                           United States Attorney

10

11                                          /s/ Lee Bickley
                                            LEE BICKLEY
                                            Assistant United States Attorney
12                                          Attorney for Plaintiff

13

14                              **ORDER**

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

16  ordered that the revocation hearing presently set for April 9, 2013, be

17  continued to May 7, 2013, at 9:45 a.m. Based on the representation of

18  counsel and good cause appearing therefrom, the Court hereby finds that

19  the ends of justice to be served by granting a continuance outweigh the

20  best interests of the public and the defendant in a speedy trial.  It is

21  ordered that time from the date of this Order, to and including, the May

22  7, 2013, revocation hearing shall be excluded from computation of time

23  within which the trial of this matter must be commenced under the Speedy

24  Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

25      **IT IS SO ORDERED.**

26  Dated: April 4, 2013                    /s/ John A. Mendez
                                            Hon. John A. Mendez
27                                          United States District Court Judge

28


Stipulation/Order                    -2-